IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

vs.                                           No. 1:24-cv-01091-JMR-KRS

MICHELLE LUJAN GRISHAM, individually and in her capacity as Governor of the State of New Mexico; ALISHA TAFOYA LUCERO, individually and in her capacity as Cabinet Secretary of the New Mexico Corrections Department; MELANIE MARTINEZ, individually and in her capacity as Deputy Secretary of the New Mexico Corrections Department; GARY MACIEL, individually and in his capacity as Deputy Secretary of the New Mexico Corrections Department; BRIAN R. EVANS, individually and in his capacity as Chief Executive Officer of The GEO Group, Inc.; WAYNE H. CALABRESE, individually and in his capacity as President and Chief Operating Officer of The GEO Group, Inc.; THE GEO GROUP, INC. d/b/a LEA COUNTY CORRECTIONAL FACILITY, a corporation; JOHN AND JANE DOES 1-20, individually and in their official capacities; and ENTITIES 1-10,

    Defendants.

## AFFIDAVIT OF WAYNE CALABRESE

I, Wayne Calabrese, state the following from personal knowledge and under penalty of perjury.

1. I am the President and Chief Operating Officer of The GEO Group, Inc. ("GEO").

2. GEO is a for-profit corporation organized under the laws of the State of Florida with its principal place of business in the State of Florida.

EXHIBIT B

3. GEO provides diversified correctional and community reentry services for governmental entities across the county and around the world.

4. I reside in the State of Florida.

5. I do not live in the State of New Mexico and have no plans to relocate to the State of New Mexico.

6. I do not work in the State of New Mexico.

7. I do not own any property in the State of New Mexico.

8. I do not own any businesses organized under the laws of the State of New Mexico.

9. I do not regularly travel to the State of New Mexico.

10. I am aware that GEO provides management services at one adult correctional facility in the State of New Mexico, the Lea County Correctional Facility ("LCCF"), and that GEO is contractually obligated to apply the policies and procedures of the New Mexico Corrections Department at LCCF.

11. I had no role and have never had any role in drafting, creating, approving, implementing, applying or supervising the application of any NMCD policies or procedures, including the NMCD policies and procedures respecting inmate mail and correspondence referenced in the Complaint.

12. I had no role and have never had any role in screening or handling any mail at LCCF and have never directly or indirectly communicated with or otherwise supervised or directed LCCF personnel in their screening and handling of mail at LCCF pursuant to NMCD policies and procedures. Thus, I had no role in any aspects of the handling of the thirteen (13) publications that the Complaint alleges were improperly rejected at LCCF.

WAYNE CALABRESE

STATE OF FLORIDA )
 ) ss.
COUNTY OF Palm Beach )

SUBSCRIBED AND SWORN to before me this __7__ day of January 2025.

Grace V. Veniero
Notary Public

My Commission Expires:
11/2/25

GRACE V. VENIERO
Commission # HH 174768
Expires November 2, 2025
Bonded Thru Budget Notary Services

3