IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| **Human Rights Defense Center,**<br><br>   Plaintiff,<br><br>vs.<br><br>**MICHELLE LUJAN GRISHAM**, individually and in her capacity as Governor of the State of New Mexico; **ALISHA TAFOYA LUCERO**, individually and in her capacity as Cabinet Secretary of the New Mexico Corrections Department; **MELANIE MARTINEZ**, individually and in her capacity as Deputy Secretary of the New Mexico Correction Department; **GARY MACIEL**, individually and in his capacity as Deputy Secretary of the New Mexico Correction Department; **BRIAN R. EVANS**, individually and in his capacity as Chief Executive Officer of The GEO Group, Inc.; **WAYNE H. CALABRESE**, individually and in his capacity as President and Chief Operating Officer of The GEO Group, Inc.; **THE GEO GROUP, INC. d/b/a LEA COUNTY CORRECTIONAL FACILITY**, a corporation; **JOHN AND JANE DOES 1-20**, individually and in their official capacities; and **ENTITIES 1-10**,<br><br>   Defendants. | No. 1:24-cv-01091-SMD-KRS |

## NOTICE OF AGREED EXTENSION OF TIME

Pursuant to D.N.M. LR-Civ. 7.4(a), Plaintiff Human Rights Defense Center hereby notifies the Court that all parties, through their respective counsel, have conferred and have agreed to the following extensions of time:

  1.  Plaintiff and Defendants have agreed to explore a negotiated resolution. To

allow time for Plaintiff and Defendants to seek to resolve this matter without unnecessary expense, the parties have agreed to extend the briefing schedule as follows.

2.  Plaintiff Human Rights Defense Center will file its replies to all Defendants' respective Responses in Opposition (Dkt. Nos. 19 & 29) to Plaintiff's Motion for Preliminary Injunction (Dkt. 3) on or before **March 21, 2025.**

3.  Defendant Governor Michelle Lujan Grisham will file her reply to Plaintiff's Opposition (Dkt. 34) to her Motion to Dismiss (Dkt. 28) on or before **March 21, 2025**.

February 24, 2025

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Marc J. Shinn-Krantz*
Ernest Galvan, Cal. Bar No. 196065
Marc J. Shinn-Krantz, Cal. Bar No. 312968
Attorneys for HUMAN RIGHTS DEFENSE CENTER
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
* Admitted *Pro Hac Vice*

I hereby certify that on this 24th day of February 2025, I caused the foregoing to be electronically filed which caused service on all counsel of record by electronic means:

*/s/ Marc J. Shinn-Krantz*
Marc J. Shinn-Krantz