IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Kevin R. Sweazea
United States Magistrate Judge

### CLERK'S MINUTES

*Human Rights Defense Center v. Lujan Grisham et al.*
1:24-cv-1091 SMD/KRS

**Wednesday, March 26, 2025**

| | |
|---|---|
| **Attorneys for Plaintiff:** | Marc Shinn-Krantz and Ben Bien-Kahn |
| **Attorney for State Defendants:** | Raul Carrillo |
| **Attorney for The GEO Group Defendants:** | April White |
| **Proceeding:** | Telephonic Rule 16 Scheduling Conference |
| **Start Time:** | 9:58 a.m. |
| **Stop Time:** | 10:10 a.m. |
| **Total Time:** | 12 minutes |
| **Clerk:** | LDM |

**NOTES**

- The Court greets the parties and enters their appearances.

- After a discussion regarding the deadline for Plaintiff to amend the pleadings or add additional parties, the Court adopts the parties' Joint Status Report and Provisional Discovery Plan and sets the remaining dates and deadlines.

- A discussion is had regarding whether to set a settlement conference. The parties agree to wait until after a ruling on the pending motions for preliminary injunction and to dismiss. The Court will monitor the docket and set a status conference to discuss setting a settlement conference once a written order has been entered on those pending motions.

- The Court asks whether there is anything further any of the parties wanted to discuss. Mr. Carrillo states that the State Defendants would be willing to consent to the jurisdiction of a magistrate judge. The Court directs Mr. Carrillo to a form the parties can execute and submit to the presiding judge requesting reassignment to a magistrate judge, but notes that all parties would have to agree to the reassignment.

- There being nothing further, the Court adjourns.