IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

Human Rights Defense Center,

        Plaintiff,

v.                                                            No. 1:24-cv-01091-SMD-KRS

MICHELLE LUJAN GRISHAM,
individually and in her capacity as Governor of
the State of New Mexico; ALISHA TAFOYA LUCERO,
individually and in her capacity as
Cabinet Secretary of the New Mexico
Corrections Department; MELANIE
MARTINEZ, individually and in her capacity
as Deputy Secretary of the New Mexico
Corrections Department; GARY MACIEL,
individually and in his capacity as Deputy
Secretary of the New Mexico Correction
Department; BRIAN R. EVANS, individually
and in his capacity as Chief Executive Officer
of The GEO Group, Inc.; WAYNE H.
CALABRESE, individually and in his capacity
as President and Chief Operating Officer of The
GEO Group, Inc.; THE GEO GROUP, INC.
d/b/a LEA COUNTY CORRECTIONAL
FACILITY, a corporation; SCOTT
MARQUARDT, individually and
In his capacity as President of Management
& Training Corporation; MANAGEMENT
& TRAINING CORPORATION d/b/a
OTERO COUNTY PRISON FACILITY,
a corporation, JOHN AND JANE
DOES 1-20, individually and in their official
capacities; and ENTITIES 1-10,

        Defendants.

**STIPULATED MOTION TO TREAT DEFENDANT EVANS AND DEFENDANT CALABRESE'S PENDING MOTION TO DISMISS [DOC. 30] AS RESPONSIVE TO THE FIRST AMENDED COMPLAINT [DOC. 76]**

      COME NOW Plaintiff and Defendants Brian R. Evans and Wayne H. Calabrese, by and through their respective counsel of record, and hereby request the Court enter an Order whereby

1

the Court treats these Defendants' pending Motion to Dismiss [doc. 30] as responsive to the Plaintiff's First Amended Complaint [doc. 76] in order to avoid the time and expense of re-filing the motion and re-briefing positions which these parties have already fully briefed.

WHEREFORE, Plaintiff and Defendants Brian R. Evans and Wayne H. Calabrese request the Court enter the stipulated form of Order that will be provided for the Court's consideration concurrently herewith, recognizing Defendants Evans and Calabrese's Motion to Dismiss [Doc. 30] as fully responsive to the First Amended Complaint [Doc. 76].

Respectfully submitted,

YLAW, P.C.

_/s/ Michael S. Jahner_____
Michael S. Jahner
*Attorneys for Defendants The GEO Group, Inc., Brian Evans and Wayne Calabrese*
4908 Alameda Blvd. N.E.
Albuquerque, NM 87113
(505) 266-3995
mjahner@ylawfirm.com


-and-

**ROSEN BIEN GALVAN & GRUNFELD, LLP**

__approved via email on 8/4/2025_____
Ernest Galvan, Cal Bar No. 196065
Marc. J. Shinn-Krantz, Cal. Bar No. 312968
Ben Bien-Khan, Cal. Bar No. 267933
*Attorneys for Plaintiff*
*Admitted Pro Hac Vice
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
(415) 433-6830
(415) 433-7104 (fax)

-and-

**HUMAN RIGHTS DEFENSE CENTER**
Jonathan P. Picard, Fla. Bar No. 105477
*Attorney for Plaintiff*
*\*Admitted Pro Hac Vice*
P.O. Box 1151
Lake Worth, Florida 33460
(561) 360-2523
(561) 828-8166 (fax)

-and-

**IVES & FLORES, P.A.**
Laura Schauer Ives, SB#12463
Adam C. Flores, SB #146686
*Attorney for Plaintiff*
925 Luna Circle NW
Albuquerque, NM 87102
(505) 364-3858
(505) 364-3050 (fax)