## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

Human Rights Defense Center,

       Plaintiff,

v.                                                                                    No. 1:24-cv-01091-SMD-KRS

MICHELLE LUJAN GRISHAM,
individually and in her capacity as Governor of
the State of New Mexico; ALISHA TAFOYA LUCERO,
individually and in her capacity as
Cabinet Secretary of the New Mexico
Corrections Department; MELANIE
MARTINEZ, individually and in her capacity
as Deputy Secretary of the New Mexico
Corrections Department; GARY MACIEL,
individually and in his capacity as Deputy
Secretary of the New Mexico Correction
Department; BRIAN R. EVANS, individually
and in his capacity as Chief Executive Officer
of The GEO Group, Inc.; WAYNE H.
CALABRESE,  individually and in his capacity
as President and Chief Operating Officer of The
GEO Group, Inc.; THE GEO GROUP, INC.
d/b/a LEA COUNTY CORRECTIONAL
FACILITY, a corporation; SCOTT
MARQUARDT, individually and
In his capacity as President of Management
& Training Corporation; MANAGEMENT
& TRAINING CORPORATION d/b/a
OTERO COUNTY PRISON FACILITY,
a corporation, JOHN AND JANE
DOES 1-20, individually and in their official
capacities; and ENTITIES 1-10,

       Defendants.

### ORDER GRANTING STIPULATED MOTION TO TREAT DEFENDANT EVANS' AND DEFENDANT CALABRESE'S PENDING MOTION TO DISMISS, (DOC. 30), AS RESPONSIVE TO THE FIRST AMENDED COMPLAINT, (DOC 76)

      THIS MATTER having come before the Court on the Plaintiff and Defendants Brian R.

Evans and Wayne H. Calabrese's Stipulated Motion to Treat Defendant Evans' and Defendant

Calabrese's Pending Motion to Dismiss, (Doc 30), as Responsive to the First Amended Complaint, (Doc. 76), (hereinafter the "Motion"), filed August 5, 2025. (Doc. 87). The Court having reviewed the Motion, and noting that the parties have stipulated to the relief requested in the Motion, hereby finds good cause to GRANT the relief requested.

**IT IS THEREFORE ORDERED** that the Stipulated Motion to Treat Defendant Evans' and Defendant Calabrese's Pending Motion to Dismiss, (Doc 30), as Responsive to the First Amended Complaint, (Doc. 76), filed August 5, 2025, (Doc. 87), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Brian R. Evans' and Wayne H. Calabrese's Motion to Dismiss, (Doc. 30), shall be treated as a responsive filing to the Plaintiff's First Amended Complaint, (Doc. 76).

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE