IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Human Rights Defense Center,**

       Plaintiff,

v.                                                 No. 1:24-cv-01091-SMD-KRS

**MICHELLE LUJAN GRISHAM**, individually and in her capacity as Governor of the State of New Mexico; **ALISHA TAFOYA LUCERO**, individually and in her capacity as Cabinet Secretary of the New Mexico Corrections Department; **MELANIE MARTINEZ**, individually and in her capacity as Deputy Secretary of the New Mexico Corrections Department; **GARY MACIEL**, individually and in his capacity as Deputy Secretary of the New Mexico Correction Department; **BRIAN R. EVANS**, individually and in his capacity as Chief Executive Officer of The GEO Group, Inc.; **WAYNE H. CALABRESE**, individually and in his capacity as President and Chief Operating Officer of The GEO Group, Inc.; **THE GEO GROUP, INC. d/b/a LEA COUNTY CORRECTIONAL FACILITY**, a corporation; **SCOTT MARQUARDT**, individually and In his capacity as President of Management & Training Corporation; **MANAGEMENT & TRAINING CORPORATION d/b/a OTERO COUNTY PRISON FACILITY**, a corporation, **JOHN AND JANE DOES 1-20**, individually and in their official capacities; and **ENTITIES 1-10**,

       Defendants.

## NOTICE OF AGREED EXTENSION OF TIME

Pursuant to D.N.M. LR-Civ. 7.4(a), Defendants Grisham, Maciel, Lucero, and Martinez hereby notify the Court that the Plaintiff and State Defendants, through their respective counsel, have conferred and have agreed to extend the time for the

1

State Defendants to file their Response to the Pending Motion to Compel [Doc. 100] on or before **October 14, 2025**.

                                        Respectfully submitted,

                                        **CARRILLO LAW FIRM, P.C.**

                                        /s/ Raúl A. Carrillo, Jr.
Raúl A. Carrillo, Jr., NM Bar No. 5600
P.O. Box 457
Las Cruces, NM 88004
T: 575-647-3200
F: 575-647-1463
raul@carrillolaw.org
*Attorney for State Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the above document was served on 1st day of October 2025, to all counsel of record via the District Court of New Mexico's CM/ECF filing system and email.

                                        */s/ Raúl A. Carrillo, Jr.*
Raúl A. Carrillo, Jr.