IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| **HUMAN RIGHTS DEFENSE CENTER,**<br><br>    Plaintiff,<br><br>vs.<br><br>**MICHELLE LUJAN GRISHAM**, individually and in her capacity as Governor of the State of New Mexico; **ALISHA TAFOYA LUCERO**, individually and in her capacity as Cabinet Secretary of the New Mexico Corrections Department; **MELANIE MARTINEZ**, individually and in her capacity as Deputy Secretary of the New Mexico Correction Department; **GARY MACIEL**, individually and in his capacity as Deputy Secretary of the New Mexico Correction Department; **BRIAN R. EVANS**, individually and in his capacity as Chief Executive Officer of The GEO Group, Inc.; **WAYNE H. CALABRESE**, individually and in his capacity as President and Chief Operating Officer of The GEO Group, Inc.; **THE GEO GROUP, INC. d/b/a LEA COUNTY CORRECTIONAL FACILITY**, a corporation; **SCOTT MARQUARDT,** individually and in his capacity as Chief Executive Officer of Management & Training Corporation; **DANIEL MARQUARDT**, individually and in his capacity as President of Management & Training Corporation**; MANAGEMENT & TRAINING CORPORATION d/b/a OTERO COUNTY PRISON FACILITY**, a corporation**; JOHN AND JANE DOES 1-20**, individually and in their official capacities; and **ENTITIES 1-10**,<br><br>    Defendants. | No. 1:24-cv-01091-SMD-KRS |

**STIPULATED ORDER GRANTING UNOPPOSED MOTION TO MODIFY
SCHEDULING ORDER, ECF NO. 54**

The Court, having considered Plaintiff's Unopposed Motion to Modify Scheduling

[4764015.2]

1

Order **[Doc. 112]**, and good cause appearing, it is **ORDERED** that the Motion is hereby **GRANTED**.

Accordingly, it is hereby **ORDERED** that the following case management deadlines shall govern:

| | | |
|---|---|---|
| (a) | Termination of fact discovery: | **March 30, 2026** |
| (b) | Motions relating to fact discovery: | **April 20, 2026** |
| (c) | Deadline for Plaintiff's expert reports: | **April 6, 2026** |
| (d) | Deadline for Defendants' expert reports: | **May 4, 2026** |
| (e) | Expert discovery begins: | **April 3, 2026** |
| (f) | Expert discovery ends: | **June 1, 2026** |
| (g) | Motions relating to expert discovery: | **June 22, 2026** |
| (h) | All other motions (Dispositive; *Daubert*): | **July 1, 2026** |

IT IS SO ORDERED this 3rd of October, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**APPROVED AS TO FORM**:

Dated:  October 2, 2025               */s/ Benjamin Bien-Kahn*
Ernest Galvan, Cal. Bar No. 196065
Benjamin Bien-Kahn, Cal. Bar No. 267933
Marc J. Shinn-Krantz, Cal. Bar No. 312968
Brenda Muñoz, Cal. Bar No. 328813
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738

|  |  |
|---|---|
|  | *Admitted *Pro Hac Vice*<br>**Attorneys for Human Rights Defense Center** |
| **APPROVED AS TO FORM**: |  |
| Dated:  October 2, 2025 | */s/ Raúl A. Carrillo, Jr.*<br>Raúl A. Carrillo, Jr.<br>CARRILLO LAW FIRM, P.C.<br>1001 E. Lohman Ave.<br>Las Cruces, NM 88001<br>**Attorneys for Defendants Michelle Luhan Grisham, Alisha Tafoya Lucero, Melanie Martinez, and Gary Maciel** |
| **APPROVED AS TO FORM**: |  |
| Dated:  October 2, 2025 | */s/ Christina Muscarella Gooch*<br>Jarrod A. Greth<br>Christina Muscarella Gooch<br>Sutin Thayer & Browne APC<br>P.O. Box 1945<br>Albuquerque, NM 87103<br>**Attorneys for Defendants Management & Training Corporation, Daniel Marquardt, and Scott Marquardt** |
| **APPROVED AS TO FORM**: |  |
| Dated:  October 2, 2025 | */s/ April White*<br>Michael S. Jahner<br>April White<br>YLAW, P.C.<br>4908 Alameda Blvd. N.E.<br>Albuquerque, NM 87113<br>**Attorneys for Defendants The GEO Group, Inc., Brian Evans and Wayne Calabrese** |