**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v. No. 1:24-cv-01091-SMD-KRS

ALISHA TAFOYA LUCERO, *et al.*,

Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CLAIMS AGAINST MANAGEMENT & TRAINING CORPORATION

THIS MATTER comes before the Court on Plaintiff Human Rights Defense Center's Motion to Dismiss Plaintiff's Claims Against Defendant Management & Training Corporation (Doc. 242). Plaintiff seeks voluntary dismissal with prejudice under Federal Rules of Civil Procedure 41(a)(2) after settling its claims against Management & Training Corporation ("MTC").

Accordingly, Plaintiff's Motion (Doc. 242) is GRANTED. All claims asserted by Plaintiff against MTC in this action are DISMISSED WITH PREJUDICE, and MTC is dismissed as a party. Plaintiffs and MTC shall each bear their own attorneys' fees and costs apart from amounts paid under the settlement. This action remains pending against the remaining defendants.

**IT IS SO ORDERED.**

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**